IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES HIGHTOWER, SR.                                                                        PLAINTIFF

v.                                    NO. 4:07cv00087 JLH

JASON ARNOLD, et al                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is hereby dismissed in its entirety, without prejudice. Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), than an in forma pauperis appeal from this order adopting the recommendations and any judgment entered hereunder would not be taken in good faith. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 8th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE