IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES HIGHTOWER, SR.                                                    PLAINTIFF

v.                                        NO. 4:07cv00087 JLH

JASON ARNOLD, et al.                                                   DEFENDANTS

<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 8th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE